**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

CASE NO. 1:12-cv-00134-SPM-GRJ

MIRIAM HART,

     Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES,
INC.

     Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 4th day of March, 2013.


/s/ Alex D. Weisberg
Alex Weisberg, Esq.
FBN: 0566551
Weisberg & Meyers, LLC
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
Attorney for Plaintiff

/s/ Ernest Kohlmyer, III
Mr. Ernest Kohlmyer, III
FBN: 0110108
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Ste. 2000
Orlando FL 32801
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL</u>

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Mr. Ernest Kohlmyer, III, at kohlmyer@urbanthier.com, on March 4, 2013.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com