UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:12-cv-00134-SPM-GRJ

MIRIAM HART,

    Plaintiff,

v.

NATIONAL ASSET RECOVERY SERVICES, INC.

    Defendant.
_____/

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED AND AGREED that the instant action be and is hereby dismissed with prejudice.

DONE AND ORDERED this _____ day of _____ 2013.

_____
JUDGE

\\sfnfs02\prolawdocs\9549\9549-26306\Paz, Carmen\287675.doc