UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MIRIAM HART,

    Plaintiff,

v.                                         CASE NO.: 1:12cv134-SPM/GRJ

NATIONAL ASSET RECOVERY
SERVICES, INC.,

    Defendant.
_____/

**N O T I C E**

    On March 4, 2013, this cause was DISMISSED WITH PREJUDICE under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure by stipulation of the parties, with each party to bear their own attorneys' fees and costs incurred and associated with this action.  (*See* doc. 15).  Accordingly the Clerk is directed to close the file.

    **DONE and ORDERED** this 11th day of March, 2013.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  CHIEF UNITED STATES DISTRICT JUDGE**